UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOHANS CABRERA,

                Plaintiff,                           **MEMORANDUM AND ORDER**

  - against -                                         16-CV-2298 (RRM) (RER)

CITY OF NEW YORK; and CLAIRE LINDNER,

                Defendants.
----------------------------------------------------------------X

      A Memorandum and Order of the undersigned having been issued this day dismissing all claims against the defendants, and further directing the Clerk of Court to enter judgment accordingly and to close the case, it is hereby

      ORDERED, ADJUDGED and DECREED that plaintiff take nothing of defendants, that all claims brought by plaintiff as against defendants are dismissed, and that this case is hereby closed.

                                                    SO ORDERED.

                                                    *Roslynn R. Mauskopf*

Dated:  Brooklyn, New York
         September 26, 2018                         _____
                                                    ROSLYNN R. MAUSKOPF
                                                    United States District Judge